# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Andres Lee Schuman,                                    * From the 238th District
                                                         Court of Midland County,
                                                         Trial Court No. CR36483.

Vs. No. 11-12-00123-CR                                 * April 11, 2013

The State of Texas,                                    * Per Curiam Memorandum Opinion
                                                         (Panel consists of: Wright, C.J.,
                                                         McCall, J., and Willson, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.